# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT <br><br> ZSUZSA TROYAN, TAMARA FREEZE, SHARON LYNCH, CARLY TUNNO, <br> *Interested Party-Appellants*, <br><br> HAROLD R. FEEZLE, SUSAN E. SCHEUFELE, DAVID J. SCHEUFELE, ROLLERENA AUTO SALES, LLC, ROSEMARY MOZUCH, CHARLES MOZUCH, JON LUKE AFFELTRANGER, MARILYN FIGLEY, EDWARD E. BARNHOUSE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; LAURA MANN et al., <br> *Plaintiffs-Appellees*, <br><br> v. <br><br> NORFOLK SOUTHERN RAILWAY COMPANY; NORFOLK SOUTHERN CORPORATION, <br> *Defendants-Appellees*. | No. 24-3880 |

**PLAINTIFFS-APPELLEES' UNOPPOSED AMENDED MOTION
FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Plaintiffs-Appellees ("Plaintiffs") respectfully request an extension of the deadline for their answering brief to and including February 3, 2025, to align the briefing schedule in this appeal with the briefing schedule in Case No. 24-3852. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs' answering brief is currently due on January 13, 2025.[1]

2. This appeal arises out of the same litigation and same final order as the appeal in Case No. 24-3852. Yesterday (January 2, 2025), this Court entered an Order in Case No. 24-3852 "consolidat[ing]" that appeal with this appeal "insofar as these two independently briefed appeals will be submitted to the same panel for consideration on the same date," and extending the deadline for answering briefs. Exhibit A (No. 24-3852 Dkt.33) at 1. The Court then entered a revised briefing schedule in Case No. 24-3852 by separate letter, setting February 3, 2025, as the new deadline for the answering brief. *See* Exhibit B (No. 24-3852 Dkt.34).

---

[1] Appellants filed their opening brief on December 10, 2024, but this Court requested corrections and struck it on December 11, and Appellants filed a compliant opening brief on December 12. *See* Briefing Letter to Appellants, Dkt.32; Corrected Opening Brief, Dkt.33. Because Federal Rule of Appellate Procedure 31(a)(1) gives Plaintiffs 30 days to file their answering brief "after the appellant's brief is served," and 30 days from December 12, 2024, falls on a Saturday, the current, unmodified deadline for Plaintiffs' brief in this appeal is Monday, January 13, 2025.

1

3. Plaintiffs respectfully request that the briefing deadline in this case be extended to match the reset deadline in Case No. 24-3852, such that all answering briefing in the two cases be due the same day, i.e., February 3, 2025.

4. There is good cause to grant the extension. First, and as noted, both this appeal and the appeal in Case No. 24-3852 arise out of the same final order approving the parties' Settlement Agreement in this class-action litigation. *See* District Court's Final Approval Order, R.557, PageID#14580-586; Sheely Notice of Appeal, R.558, PageID#14587; Troyan et al. Notice of Appeal, R.570, PageID#14768. Second, Plaintiffs' counsel faces several preexisting deadlines before January 13, 2025, including, among other things, oral argument in the Fifth Circuit on January 6, 2025, in *Academy of Allergy & Asthma in Primary Care v. Louisiana Health Service & Indemnity Co.*, CA5 No. 23-30925. Third, the opening brief filed in this appeal is substantially similar to the opening brief filed in Case No. 24-3852; the appellants in the two appeals are represented by the same counsel; and, given the overlap, Plaintiffs are still determining whether to file a single brief in the two appeals, as opposed to a unique brief in each appeal. Not granting an extension here would therefore effectively defeat the extension this Court granted in Case No. 24-3852.

5. Plaintiffs have not previously sought an extension of time in this case.

6. Appellants do not oppose this motion.

For these reasons, Plaintiffs respectfully request that the Court grant an extension of time, until February 3, 2025, for Plaintiffs to file their answering brief in this appeal.

Respectfully submitted,

s/Paul D. Clement
PAUL D. CLEMENT
 *Counsel of Record*
MATTHEW D. ROWEN
KYLE R. EISWALD[*]
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

[*] Supervised by principals of the firm who are members of the Virginia bar

*Counsel for Plaintiffs-Appellees*

January 3, 2025

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 532 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and 6th Cir. R. 32(b).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.


January 3, 2025

                                                              s/Paul D. Clement
                                                              Paul D. Clement

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement
Paul D. Clement
